**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-01999-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  January 26, 2011** | **Courtroom Deputy:**  Linda Kahoe |

BARONESS SMALL ESTATES, INC.,      Joseph C. Pierzchala
                                            Kris John Kostolansky

     Plaintiff,

v.

ROUND HILL CELLARS,      Adam Patrick O'Brien
                                        Mary Alice Wells

     Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:       8:03 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Joint Motion for Protective Order, doc #[19], filed 1/20/2011.

**ORDERED**:   Joint Motion for Protective Order, doc #[19] is **GRANTED**.  The court will sign the Protective Order with the changes as stated on the record.

Discussion regarding Stipulated Motion for 30-Day Extension of Expert Designation Deadlines, doc #[21], filed 1/21/2011.

**ORDERED:**   Stipulated Motion for 30-Day Extension of Expert Designation Deadlines, doc #[21] is **GRANTED** with the following changes:

> The deadline for rebuttal experts is extended to **MARCH 31, 2011.**
> The discovery deadline is extended to **APRIL 29, 2011.**
> The dispositive motion deadline is extended to **MAY 16, 2011.**

**The court will <u>not</u> extend these deadlines any further.**

HEARING CONCLUDED.
**Court in recess**:       **8:16 a.m.**
Total time in court:     00:13

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.