# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  10-cv-01999-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  April 28, 2011** | **Courtroom Deputy:**  Cathy Coomes |

BARONESS SMALL ESTATES, INC.,         Joseph Pierzchala

     Plaintiff,

v.

ROUND HILL CELLARS,         Mary Alice Wells

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**
**Court in session:       3:29 p.m.**
Court calls case.  Appearances of counsel by telephone.

Discussion and argument regarding Plaintiff's Motion for Leave to Depose Defendant's "Rebuttal Expert" Charles Fabio After Discovery Cut-Off in the Event Charles Fabio is not Stricken (Doc. #31, filed 4/27/11).

**ORDERED:**  Plaintiff's Motion for Leave to Depose Defendant's "Rebuttal Expert" Charles Fabio After Discovery Cut-Off in the Event Charles Fabio is not Stricken (Doc. #31, filed 4/27/11) is **granted** to the extent that should Plaintiff's motion to strike Mr. Fabio be unsuccessful, Plaintiff will be allowed to take his deposition.

Counsel are admonished to follow this court's practice standards prior to filing any opposed motions.

HEARING CONCLUDED.
**Court in recess**:       **3:36 p.m.**
Total time in court:      00:07

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.