## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 10-cv-01999-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: June 23, 2011** | **Courtroom Deputy:** Linda Kahoe |

BARONESS SMALL ESTATES, INC.,    Joseph C. Pierzchala

    Plaintiff,

    v.

ROUND HILL CELLARS,    Adam Patrick O'Brien
                                                   Mary Alice Wells

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in session:    8:20 a.m.**

Court calls case. Appearances of counsel. Also present is Mr. Tim Dodge, client representative for Baroness Small Estates, Inc.

Discussion and arguments regarding Plaintiff's Motion for Leave to File First Amended Complaint and Jury Demand, doc #[40], filed 5/19/2011.

The court will await Plaintiff's Reply Brief. The court intends to recommend that the Motion for Leave to Amend be denied for failure to comply with Rule 16(b).

Discussion and arguments regarding Plaintiff's Motion to Strike Defendant's "Rebuttal Expert Disclosure" of Charles Fabio, doc #[27], filed 4/15/2011.

The court states that the report is vague, non-specific, and deficient pursuant to Rule 26(a)(2)(B).

The court intends to grant the motion to strike Mr. Fabio's report.

HEARING CONCLUDED.

**Court in recess**:    **9:45 a.m.**
Total time in court:    01:25

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.