IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:  10-cv-01999-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: November 30, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| BARONESS SMALL ESTATES, INC., a Colorado corporation, | Patricia Campbell<br>Darrell Waas |
| Plaintiff, | |
| v. | |
| ROUND HILL CELLARS, d/b/a Rutherford Wine Company, a California corporation, | Adam O'Brien |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:      8:29 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the Court and counsel regarding Plaintiff's Motion to Strike Defendant's "Rebuttal Expert Disclosure" of Charles Fabio.

**ORDERED:** Plaintiff's Motion to Strike Defendant's "Rebuttal Expert Disclosure" of Charles Fabio [Doc. No. 27] is GRANTED.  The Court strikes Mr. Fabio's expert report.

HEARING CONCLUDED.

**Court in recess:       9:08 a.m.**
Total time in court:     00:39

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.